PILLO ET AL., APPELLANTS, v. STRICKLIN ET AL., APPELLEES.

[Cite as *Pillo v. Stricklin,* 104 Ohio St.3d 637, 2005-Ohio-184.]

(No. 2004–0753—Submitted January 11, 2005—Decided February 2, 2005.)

———

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Hopkins v. Dyer,* 104 Ohio St.3d 461, 2004-Ohio-6769, 820 N.E.2d 329.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

LANZINGER, J., not participating.

---

James R. Recupero, Attorney at Law, L.L.C., and James R. Recupero, for appellants.

Gallagher, Sharp, Fulton & Norman, Jay Clinton Rice, Robert H. Eddy, and Richard C.O. Rezie, for appellee Continental Casualty Company.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

LANZINGER, J., not participating.